ORIGINAL

1  Peter J. Schulz, Esquire, State Bar No. 167646
   Jon S. Brick, Esquire, State Bar No. 120474
2              LAW OFFICES
           **GRECO & TRAFICANTE**
3   555 WEST BEECH STREET - SUITE 500
         SAN DIEGO, CALIFORNIA 92101
4              (619) 234-3660
               FAX: 234-0626

FILED

2006 SEP -8 PM 3:03

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____RW_____DEPUTY

6  Attorneys for Plaintiffs GERARD R. DINKEL and JEAN M. DINKEL

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD R. DINKEL and JEAN M. DINKEL, | Case No. 04CV1984 JM (RBB) |
| Plaintiffs, | Consolidated with O5CV 1215 (RBB) |
| v. | STIPULATION OF DISMISSAL |
| CENTRAL SPRINKLER COMPANY, a Pennsylvania corporation, | |
| Defendant. | |
| AND ALL RELATED ACTIONS. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, that the above-captioned matter, including all cross-actions and counter claims, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: 8/31/06                    GRECO & TRAFICANTE

                                  By: _____
                                     Peter J. Schulz, Esq.
                                     Jon S. Brick, Esq.
                                     Attorneys for GERALD R. DINKEL and
                                     JEAN M. DINKEL

1

DIN-001/Stipulation Re - Dismissal 081406.wpd

STIPULATION OF DISMISSAL

```
 1 | Dated: _____           SHOOK, HARDY & BACON, LLP
 2 |
 3 |                                  By: _____
 4 |                                      Trajan Perez, Esq. — Glenn Thompson
 5 |                                      Co-Counsel for Defendant CENTRAL
   |                                      SPRINKLER COMPANY
 6 |
 7 | Dated: _____           KOLETSKY, MANCINI, FELDMAN & MORROW
 8 |
 9 |                                  By: _____
10 |                                      Susan Caldwell, Esq.
11 |                                      Attorneys for PRECISION FIRE
   |                                      PROTECTION
12 |
13 | Dated: 8/30/2006
14 |                                  By: _____
15 |                                      John Quincy Goodrich, Esq.
   |                                      Attorneys for State Farm Insurance Co.
16 |
17 |                                  ORDER
18 |
19 | IT IS SO ORDERED:
20 |
21 | Dated: _____           _____
22 |                                  Judge Jeffrey Miller
```

2

DIN-001/Stipulation Re - Dismissal 081406.wpd

STIPULATION OF DISMISSAL

| | |
|---|---|
| 1  Dated: _____ | SHOOK, HARDY & BACON, LLP |
| 3 | By: _____ |
| 4 | Trejan Perez, Esq. |
| 5 | Co-Counsel for Defendant CENTRAL SPRINKLER COMPANY |
| 7  Dated: 8/30/2006 | KOLETSKY, MANCINI, FELDMAN & MORROW |
| 9 | By: /s/ Susan Caldwell / Alix M. Grigorians, Esq. |
| 10 | Susan Caldwell, Esq. |
| 11 | Attorneys for PRECISION FIRE PROTECTION |
| 13  Dated: _____ | |
| 14 | By: _____ |
| 15 | John Quincy Goodrich, Esq. |
|  | Attorneys for State Farm Insurance Co. |

### ORDER

IT IS SO ORDERED:

Dated: 9/7/06

/s/ Jeffrey Miller
Judge Jeffrey Miller

DIN-001/Stipulation Re - Dismissal 081406.wpd

2

STIPULATION OF DISMISSAL

TOTAL P.01